UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-60636-CIV-SINGHAL

AMERICAN MARINE TECH., INC.,

    Plaintiff,

v.

M/Y ALCHEMIST, a 1995 105' Mangusta recreational vessel, her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances, etc., *in rem*; and WORLD GROUP YACHTING, INC., *in personam*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation to District Judge (DE [191]) issued on September 9, 2022. Therein, Magistrate Judge Valle considered Plaintiff's Motion to Tax Costs (DE [169]), Plaintiff's Motion for Attorneys' Fees, Pre and Post-Judgment Interest (DE [176]), and Plaintiff's Motions for Appellate Attorneys' Fees (DE [184]) and (DE [185]). Magistrate Judge Valle recommends the Motion to Tax Costs (DE [169]) be granted in part and denied in part, the Motion for Attorneys' Fees, Pre and Post-Judgment Interest (DE [176]) be granted, and the Motions for Appellate Attorneys' Fees (DE [184]) and (DE [185]) be granted.

The parties were given seven days to file any objections to the magistrate judge's factual findings and recommendation. *See* 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R.

4(b).  Here, neither side filed any such objections.  With no objections filed, the Court's review of the Report and Recommendation (DE [191]) is properly limited to a *de novo* review of only its legal conclusions.  *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection.").  This Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the Report and Recommendation (DE [191]) have been filed, thus, the Court reviews it for clear error.  *See* Fed. R. Civ. P. 72.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation to District Judge (DE [191]) is **AFFIRMED** and **ADOPTED** as follows:

1. Plaintiff's Motion to Tax Costs (DE [169]) is **GRANTED IN PART and DENIED IN PART**.  Plaintiff American Marine Tech., Inc. is **AWARDED** costs in the amount of $11,396.41 against Defendants, jointly and severally.

2. Plaintiff's Motion for Attorneys' Fees, Pre and Post-Judgment Interest (DE [176]) is **GRANTED**.

    a. Plaintiff American Marine Tech., Inc. is **AWARDED** attorneys' fees in the amount of $130,243.00 against Defendant World Group Yachting.

    b. Plaintiff American Marine Tech., Inc. is **AWARDED** $34,439.04 in prejudgment interest against Defendant World Group Yachting.

    c. Plaintiff American Marine Tech., Inc. is **AWARDED** $8,490.18 in prejudgment interest against the Vessel.

    d. Finally, Plaintiff American Marine Tech., Inc. is **AWARDED** post judgment interest against both Defendants, jointly and severally,

    accruing at .09% from March 16, 2021, the date of the Final Judgment. *See* 28 U.S.C § 1961(b).

3. Plaintiff's Motions for Appellate Attorneys' Fees (DE [184]) and (DE [185]) is **GRANTED**.

    a. Plaintiff American Marine Tech., Inc. is **AWARDED** appellate attorneys' fees in the amount of $51,860.00 against Defendant World Group Yachting, Inc.

    b. Defendant World Group Yachting, Inc. is **ORDERED** to pay Plaintiff American Marine Tech., Inc.'s appellate attorneys' fees in the amount of $51,860.00.

4. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of September 2022.

                                            RAAG SINGHAL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF