UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-60636-CIV-SINGHAL

AMERICAN MARINE TECH., INC.,

    Plaintiff,

v.

M/Y ALCHEMIST, a 1995 105' Mangusta recreational vessel, her boats, engines, generators, tackle, rigging, apparel, furniture, furnishings, equipment, contents and appurtenances, etc., *in rem*; and WORLD GROUP YACHTING, INC., *in personam*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation to District Judge (DE [220]) issued on May 26, 2023. Therein, Magistrate Judge Valle considered Plaintiff's Motion for Default Final Judgment in Garnishment Against Garnishee, Wells Fargo Bank, N.A. (DE [208]). Magistrate Judge Valle recommends the Plaintiff's Motion for Default Final Judgment in Garnishment Against Garnishee, Wells Fargo Bank, N.A. (DE [208]) be granted.

The parties were given fourteen days to file any objections to the magistrate judge's factual findings and recommendation. *See* 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation to District Judge (DE [220]) is properly

limited to a *de novo* review of only its legal conclusions.  *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the Report and Recommendation to District Judge (DE [220]) have been filed, thus, the Court reviews it for clear error.  *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation to District Judge (DE [220]) is **AFFIRMED** and **ADOPTED** as follows:

1. Plaintiff's Motion for Default Final Judgment in Garnishment Against Garnishee, Wells Fargo Bank, N.A. (DE [208]) is **GRANTED**.
2. A final judgment in garnishment will be entered separately.
3. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF